Same case below, 375 Fed. Appx. 393.

**No. 10-5550. Martin Hernandez-Dominguez, Petitioner v. United States.**

562 U.S. 928, 131 S. Ct. 317, 178 L. Ed. 2d 207, 2010 U.S. LEXIS 7365.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 374 Fed. Appx. 558.

**No. 10-5551. Christopher Allen Hargrave, Petitioner v. Arizona.**

562 U.S. 928, 131 S. Ct. 317, 178 L. Ed. 2d 207, 2010 U.S. LEXIS 7205.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 225 Ariz. 1, 234 P.3d 569.

**No. 10-5552. Shane Michael Grogger, Petitioner v. Tennessee.**

562 U.S. 928, 131 S. Ct. 317, 178 L. Ed. 2d 207, 2010 U.S. LEXIS 7146.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Middle Division, denied.

**No. 10-5553. Jack W. Graham, Petitioner v. Board of Trustees of the California State University System, et al.**

562 U.S. 928, 131 S. Ct. 317, 178 L. Ed. 2d 207, 2010 U.S. LEXIS 7437.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5554. Luis Roberto Garcia, Petitioner v. United States.**

562 U.S. 928, 131 S. Ct. 317, 178 L. Ed. 2d 207, 2010 U.S. LEXIS 7323.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 375 Fed. Appx. 403.

**No. 10-5555. Johnnie Elijah Foster, Petitioner v. United States.**

562 U.S. 928, 131 S. Ct. 318, 178 L. Ed. 2d 207, 2010 U.S. LEXIS 7412.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 374 Fed. Appx. 448.

**No. 10-5556. Robert Bustamante Gonzalez, Petitioner v. Washington.**

562 U.S. 928, 131 S. Ct. 318, 178 L. Ed. 2d 207, 2010 U.S. LEXIS 7369.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Washington denied.

Same case below, 168 Wash. 2d 256, 226 P.3d 131.

**No. 10-5559. Harley Blevins, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 929, 131 S. Ct. 318, 178 L. Ed. 2d 207, 2010 U.S. LEXIS 7347.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.